BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAKEISHA PEARSON<br><br>　　　　　Defendant.<br>_____ | CASE NOS. 2:08-CR-405 FCD<br>　　　　　　2:10-CR-075 FCD<br><br><br>STIPULATION AND ORDER |

The parties request that the status conference in the two above-captioned cases be continued from March 22, 2010 to March 29, 2010 at 10:00 a.m..  In 2:08-CR-405 FCD no time exclusion is necessary, as the Defendant has pleaded guilty and is awaiting sentencing.

In 2:10-CR-075 FCD, the parties stipulate that the time between March 22, 2010 and March 29, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that the United States may have continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  Counsel for the United States has been personally involved in this and

1 | related cases and has plans that preclude his attendance at the
2 | hearing.  The parties stipulate and agree that the interests of
3 | justice served by granting this one-week continuance outweigh the
4 | best interests of the public and the defendant in a speedy trial.
5 | 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 11, 2010      By:   /s/ Matt Segal
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney

DATED: March 11, 2010             /s/ Candace Fry by MDS
                                 CANDACE FRY
                                 Attorney for Defendant

**IT IS SO ORDERED.**

DATED: March 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE